UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT REGO )
 )    CIVIL ACTION NO.
            PLAINTIFF )    4-06-CV0000811-GH
 )
vs. )
 )
LONG JOHN SILVER'S, INC. )
 )
            DEFENDANT )

## **ORDER**

On motion of plaintiff, the case is hereby dismissed without prejudice.

**IT IS SO ORDERED**.

_____
GEORGE HOWARD, JR.
U.S. DISTRICT JUDGE
DATED: March 1, 2007