IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT REGO )<br>        )<br>         PLAINTIFF )<br>        )<br>vs.     )<br>        )<br>        )<br>LONG JOHN SILVER'S, INC. )<br>        )<br>         DEFENDANT ) | | CIVIL ACTION NO.<br>4-06-CV0000811-GH |

## **AMENDED ORDER**

On motion of plaintiff, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

*/s/ George Howard, Jr.*
_____
GEORGE HOWARD, JR.
U.S. DISTRICT JUDGE

DATE March 7, 2007